

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-14-00525-CV

**IN THE INTEREST OF D.W.H.**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-10424
Honorable Richard Price, Judge Presiding

# O R D E R

Appellant's brief was originally due on September 10, 2014. Appellant has been granted one extension of time in which to file the brief, until October 10, 2014. Neither the brief nor a motion for extension of time has been filed. Appellant is representing himself, pro se, on appeal. It is therefore ORDERED that appellant file his appellate brief no later than November 10, 2014. If appellant fails to file the brief by this date or fails to reasonably explain the reason for his failure to do so, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

The Clerk of this court shall cause a copy of this order to be served on appellant by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court